NATHANIEL TOBY V. SAMPSON HEIDENHEIMER.

(No. 1071, Op. Book No. 2, p. 456.)

Opinion by WINKLER, J.

§ 795. *Charge of the court; need not be in writing.*
The provisions of the statute with reference to the charge
of the court [R. S. 1316 et seq.] are directory merely, and
a verbal charge given by the judge to the jury is not of
itself such error as will necessarily cause a reversal of the
judgment. It must be shown that the charge was in
itself erroneous. [Reid v. Reid, 11 Tex. 585; Chapman
v. Sneed, 17 Tex. 428.] The cases cited, although arising
under a former statute, are equally applicable to the pro-
visions of the Revised Statutes above cited.

March 23, 1881.                       Affirmed.